IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JUAN SANDERS,

      Plaintiff,

v.                                                            Civil Action No. 1:16-CV-78
                                                           (JUDGE STAMP)

NCO FIN/99,

      Defendant.

## REPORT AND RECOMMENDATION
## AND ORDER FINDING DEFENDANT'S MOTION AS MOOT

On December 2, 2016, Senior Judge Frederick P. Stamp, Jr. entered an order of referral for, in relevant part, all non-dispositive pretrial motions excluding motions in limine. (ECF No. 75). This matter is before the undersigned pursuant to that referral and Defendant's subsequent "Second Motion to Compel Complete Discovery Responses" filed January 18, 2017. (ECF No. 80). A status conference was held on February 9, 2017, in which the Defendant represented to the court that Defendant had taken action to remove the item at issue on Plaintiff's credit report in 2013. At that time, Plaintiff had not yet received an updated credit report and was thus unable to confirm whether that was the case. The matter was accordingly set for a second status conference on March 24, 2017.

On March 24, 2017, Plaintiff and Defendant, by counsel Albert Dunn, appeared telephonically for the status conference. Plaintiff advised the court that he had received his updated credit report and the item at issue no longer appeared on it, which resolved his complaint. Plaintiff subsequently inquired as to whether he could be awarded attorney's fees. Plaintiff was *pro se*, and had not hired an attorney to represent him, and thus had incurred no fees for representation. Additionally, although Plaintiff's case was originally filed in Preston County

Circuit Court (Case No. 16-C-77, ECF No. 1) and subsequently removed to federal court. Accordingly, this court did not grant leave to proceed *in forma pauperis*, but Plaintiff advised that he had not had been required to pay any fees to file his case in circuit court. There being no apparent expenses incurred by Plaintiff other than *de minimis* postage and paper costs, Plaintiff's query was answered in the negative.

The undersigned next inquired, Plaintiff's complaint appearing to be resolved, whether Plaintiff had any remaining issues that would warrant further pursuit of his case. Plaintiff advised he was satisfied with the outcome and confirmed that he was agreeable to dismissing the case. Defendant had no objection to dismissal. Accordingly, the undersigned **FINDS** Defendant's "Second Motion to Compel Complete Discovery Responses" (ECF No. 80) as **MOOT**.

Fed. R. Civ. P. 41(a)(2) provides in relevant part that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Based upon Plaintiff's voluntary dismissal and Defendant having no objection to same, but the referral order extending the Magistrate Judge's authority in this matter to non-dispositive motions only, the undersigned further issues a **RECOMMENDATION** that this case be **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

Any party may, within fourteen (14) days after being served with a copy of this Report and Recommendation, file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objections are made, and the basis for such objections. A copy of such objections should also be submitted to the Honorable Frederick P. Stamp, Jr., United States District Judge.  Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation. 28 U.S.C. § 636(b)(1); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert.

denied, 467 U.S. 1208 (1984); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); Thomas v. Arn, 474 U.S. 140 (1985).

      The Court directs the Clerk of the Court to provide a copy of this Report and Recommendation to counsel of record, as provided in Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Dated: March 24, 2017.

                                                      MICHAEL JOHN ALOI
                                                    UNITED STATES MAGISTRATE JUDGE